UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CROSSCOUNTRY MORTGAGE, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>PAUL LUNDHOLM,<br><br>　　　　　　　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Paul Lundholm ("Defendant"), by and through his undersigned counsel, hereby removes this action from the Court of Common Pleas, Civil Division in Cuyahoga County, Ohio to the United States District Court for the Northern District of Ohio, Eastern Division. In support of this Notice of Removal, Defendant states the following:

　　1.　　On or about February 3, 2023, Plaintiff CrossCountry Mortgage, LLC ("Plaintiff") filed a Summons and Complaint (the "Complaint") against Defendant in the Court of Common Pleas, Civil Division in Cuyahoga County, Ohio. The Complaint sets forth a single breach of contract claim. *See* **Exhibit A**, Summons and Complaint.

　　2.　　Defendant was served a copy of the Summons and Complaint via certified mail on February 11, 2023. *See* **Exhibit B**, Certified Mail Receipt.

　　3.　　For the purposes of this removal, this Court has jurisdiction over this case, as it is a dispute between citizens of different States, and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332.

　　4.　　Plaintiff is a citizen of Delaware and Ohio because it is a Delaware limited liability company with its primary place of business in Cleveland, Ohio. *See* Ex. A, Compl. ¶ 3.

5. Defendant is a citizen of New Jersey, given that he is a resident of New Jersey. *See* Ex. A, Compl. ¶ 4.

6. The amount in controversy exceeds $75,000 because Plaintiff seeks monetary damages in the amount of $81,371.83, exclusive of interest and costs. *See* Ex. A, Compl. ¶ 9, Wherefore clause.

7. Removal of this action is proper under 28 U.S.C. § 1441.

8. Removal of this action is timely under 28 U.S.C. § 1446(b) because it is being filed within 30 days after the receipt of the Summons and Complaint in this action. Specifically, § 1446(b)(1) requires a defendant to remove within 30 days of receipt of the initial pleading.

9. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal to the United States District Court, Northern District of Ohio, Eastern Division will be filed with the Clerk of the Court of Common Pleas in Cuyahoga County, Ohio, and will be served on Plaintiff.

10. With this removal, Defendant does not waive any defenses available under Rule 12 of the Federal Rules of Civil Procedure or any and all defenses available under federal and Ohio law.

Dated: February 23, 2023   Respectfully submitted,

/s/ Alanna Klein Fischer
Alanna Klein Fischer (Ohio 0090986)
Anthony J. Lazzaro (Ohio 0077962)
The Lazzaro Law Firm, LLC
The Heritage Bldg., Suite 250
34555 Chagrin Boulevard
Moreland Hills, OH 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
alanna@lazzarolawfirm.com
anthony@lazzarolawfirm.com

and

Christopher Q. Davis (*pro hac vice* application to be filed)
Brendan Sweeney (*pro hac vice* application to be filed)
Hajar Hasani (*pro hac vice* application to be filed)
The Law Office of Christopher Q. Davis, PLLC
80 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 430-7930
Facsimile: (646) 349-2504
cdavis@workingsolutionsnyc.com
bsweeney@workingsolutionsnyc.com
hhasani@workingsolutionsnyc.com

*Attorneys for Defendant Paul Lundholm*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, a copy of the foregoing was sent to all registered participants via the Court's electronic filing system. Parties may access the filing through the Court's system. A copy of the foregoing was also sent via U.S. Mail to Plaintiff's attorneys:

Joseph A. Mallernee
Ashley C. Wakefield
2160 Superior Avenue

Cleveland, OH 44114

                                                  Respectfully submitted,

                                                  <u>/s/ Alanna Klein Fischer</u>
                                                  Alanna Klein Fischer (0090986)

                                                  One of Defendant's Attorneys