UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CROSSCOUNTRY MORTGAGE, LLC, | ) | Case No.: 1:23 CV 351 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL LUNDHOLM, | ) | |
| | ) | |
| Defendant | ) | ORDER TO REMAND |

Pending before the court is Plaintiff CrossCountry Mortgage, LLC's Motion to Remand to State Court, (ECF No. 17), and a Proposed Stipulation to Remand, (ECF No. 18) signed by counsel for both parties. The court finds Plaintiff's Motion to Remand to be well taken. There is no objection by the Defendant. Therefore, this matter is remanded back to the Cuyahoga County Court of Common Pleas from which it was removed.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 16, 2023